THE PEOPLE OF THE STATE OF NEW YORK ex rel. THE FEDERAL TERRA COTTA · COMPANY, INCORPORATED, Appellant, *v.* LAWSON PURDY et al., Commissioners of Taxes and Assessments of the City of New York, Respondents.

*Tax — assessment of corporate capital stock.*

People ex rel. Federal Terra Cotta Co. v. Purdy, 189 App. Div. 131, affirmed.

(Argued April 14, 1920; decided May 4, 1920.)

APPEAL from an order of the Appellate Division of the Supreme Court in the first judicial department, entered November 26, 1919, which reversed on certiorari an order of Special Term vacating and canceling an assessment for purposes of taxation upon the personal property of the relator for the year 1916 and confirmed said assessment. The assessment was levied pursuant to section

12 of the Tax Law as then in effect. The Appellate Division held that in determining the " surplus profits or reserve funds," the assets of the corporation which are not taxable in this state should not be included, but that the net assets, not exempt, including surplus exceeding ten per cent of the par value of its capital, should be assessed at its actual value subject to deductions specified in the section, namely, the assessed value of its real estate and also all shares of stock in other corporations actually owned by the company which are taxable upon their capital stock under the laws of this state.

*William O. Gantz, George W. Tucker* and *Madison Grant* for appellant.

*William P. Burr, Corporation Counsel (William H. King* and *Max Salomon* of counsel), for respondents.

Order affirmed, with costs; no opinion.

Concur: CHASE, HOGAN, CARDOZO, McLAUGHLIN, CRANE and ELKUS, JJ. Not voting: HISCOCK, Ch. J.